# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DAVID SHIELDS, | Case No. 2:18-cv-0046-RFB-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CUSTOM TOWING, | |
| Defendant. | |

Plaintiff initiated this case with a Complaint [ECF No. 1] filed on January 9, 2018. Plaintiff's filing fee was inadequate as the method of payment could not be processed and was rejected. Plaintiff was instructed by this Court on February 1, 2018 [ECF No. 4] to resubmit the filing fee. No filing fee has been submitted in this case.

This Court also has an obligation to determine its jurisdiction over a case. The Court has reviewed the Complaint in this case and finds that it has no jurisdiction over the alleged dispute. The Complaint involves an alleged local contract between two Nevada residents for an amount under $2,000. See 28 U.S.C. § 1332. Plaintiff has not asserted a basis for jurisdiction in the Complaint.

As Plaintiff has not submitted the filing fee as ordered and as this Court has no jurisdiction over this case, the case must be dismissed.

**IT IS ORDERED** that the case is dismissed. The Clerk of the Court shall close this case.

DATED: August 23, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

1